**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN ALLEN GREEN, | ) | NO. CV 15-4688-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SECRETARY OF CORRECTIONS, | ) | |
| Respondent. | ) | |

_____

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: September 16, 2015.

_____
    OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE